UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
In Re ACCLAIM ENTERTAINMENT, INC.
Securities Litigation

PENN CAPITAL MANAGEMENT, ROBERT L.
MANARD, and STEVE RUSSO, individually
and behalf of all others similarly
situated,

        Plaintiffs,

   -against-                   <u>MEMORANDUM AND ORDER</u>
                              03-CV-1270(JS)(ETB)

GREGORY FISCHBACH, EDMOND SANCTIS,
JAMES SCOROPOSKI, GERARD AGOGLIA,
and KPMG, LLP,

        Defendants.
----------------------------------------X
DMS CONSULTANTS INC., MONEY PURCHASE
PENSION PLAN, individually and on
behalf of all those similarly situated,

        Plaintiffs,

   -against-                   03-CV-1322(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC., RODNEY
COUSENS, and GERARD AGOGLIA,

        Defendants.
----------------------------------------X
BRUCE HICKS, individually and on
behalf of all those similarly situated,

        Plaintiff,

   -against-                   03-CV-1698(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC., RODNEY
COUSENS, and GERARD AGOGLIA,

        Defendants.
----------------------------------------X

```
STEVE RUSSO, individually and on
behalf of all those similarly situated,

                Plaintiff,

        -against-                          03-CV-1700(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC., GREGORY
FISCHBACH, EDMOND SANCTIS,
JAMES SCOROPOSKI, GERARD AGOGLIA,

                Defendants.
-----------------------------------X
DEANE BURK, individually and on
behalf of all those similarly situated,

                Plaintiff,

        -against-                          03-CV-2030(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC., GREGORY
FISCHBACH, EDMOND SANCTIS,
JAMES SCOROPOSKI, GERARD AGOGLIA,

                Defendants.
-----------------------------------X
GIDION NACH, individually and on
behalf of all those similarly situated,

                Plaintiff,

        -against-                          03-CV-1363(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC.

                Defendant.
-----------------------------------X
JUDITH TRAUBE, individually and on
behalf of all those similarly situated,

                Plaintiff,

        -against-                          03-CV-1487(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC., GREGORY
FISCHBACH, EDMOND SANCTIS,
```

```
JAMES SCOROPOSKI, GERARD AGOGLIA,

                Defendants.
-----------------------------------X

ROBERTA BARON, individually and on
behalf of all those similarly situated,

                Plaintiff,

        -against-                    03-CV-1541(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC., GREGORY
FISCHBACH, EDMOND SANCTIS,
JAMES SCOROPOSKI, GERARD AGOGLIA,

                Defendants.
-----------------------------------X

RICHARD HILDAL, individually and on
behalf of all those similarly situated,

                Plaintiff,

        -against-                    03-CV-1640(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC., GREGORY
FISCHBACH, EDMOND SANCTIS,
JAMES SCOROPOSKI, GERARD AGOGLIA,

                Defendants.
-----------------------------------X

MARGARET VICINO, ARNOLD SILVERSTEIN,
individually and on behalf of all
those similarly situated,

                PlaintiffS,

        -against-                    03-CV-1672(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC., GREGORY
FISCHBACH, EDMOND SANCTIS,
JAMES SCOROPOSKI, GERARD AGOGLIA,

                Defendants.
-----------------------------------X
```

```
STEPHEN SYPES, individually and on
behalf of all those similarly situated,

                Plaintiff,

        -against-                      03-CV-1685(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC., GREGORY
FISCHBACH, EDMOND SANCTIS,
JAMES SCOROPOSKI, GERARD AGOGLIA,

                Defendants.
-------------------------------------X

JONATHON P. BERMAN, individually and on
behalf of all those similarly situated,

                Plaintiff,

        -against-                      03-CV-1924(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC., GREGORY
FISCHBACH, EDMOND SANCTIS,
JAMES SCOROPOSKI, GERARD AGOGLIA,

                Defendants.
-------------------------------------X

TROY BRAKE, individually and on
behalf of all those similarly situated,

                Plaintiff,

        -against-                      03-CV-2175(JS)(ETB)

ACCLAIM ENTERTAINMENT, INC., RODNEY
COUSENS, and GERARD AGOGLIA,

                Defendants.
-------------------------------------X

ROBERT L. MANARD, individually and on
behalf of all those similarly situated,

                Plaintiff,

        -against-                      03-CV-2355(JS)(ETB)
```

ACCLAIM ENTERTAINMENT, INC., GREGORY
FISCHBACH, EDMOND SANCTIS,
JAMES SCOROPOSKI, GERARD AGOGLIA,

       Defendants.
------------------------------------X

  Based on the stipulations among all parties on August 15, 2003, the lead case in this action is 03-CV-1270, and the caption is <u>In re Acclaim Entertainment, Inc. Securities Litigation</u>. Accordingly, the Clerk of the Court is ordered to mark all other matters under the lead case as CLOSED. The Court instructs all parties to file documents **ONLY** in the lead case.[1]

       SO ORDERED.

       /s/ JOANNA SEYBERT
       Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
    May 12, 2006

---

[1] **NOTE:** While filing documents via ECF, the parties are advised to **NOT** choose the "Spread Text" option. This will ensure that the documents are properly filed under the lead case and not any other related cases.

5